B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Henderson, Jeffrey J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Henderson, Jennifer E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7960** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6620** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3506 N Damen Ave**<br>**Chicago, IL**<br>ZIP Code **60618** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3506 N Damen Ave**<br>**Chicago, IL**<br>ZIP Code **60618** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**   *** Lorraine M. Greenberg   ARDC No.: 3129023 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10) <span style="float:right">Page 2</span>

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Henderson, Jeffrey J**<br>**Henderson, Jennifer E** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X   /s/ Lorraine M. Greenberg   ARDC No.: July 30, 2010**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Lorraine M. Greenberg   ARDC No.: 3129023** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐  Yes, and Exhibit C is attached and made a part of this petition. |
| ■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■  Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l).) |

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Henderson, Jeffrey J**<br>**Henderson, Jennifer E** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Jeffrey J Henderson**
Signature of Debtor  **Jeffrey J Henderson**

X  **/s/ Jennifer E Henderson**
Signature of Joint Debtor **Jennifer E Henderson**

Telephone Number (If not represented by attorney)

**July 30, 2010**
Date

### Signature of Attorney*

X  **/s/ Lorraine M. Greenberg   ARDC No.:**
Signature of Attorney for Debtor(s)

**Lorraine M. Greenberg   ARDC No.: 3129023**
Printed Name of Attorney for Debtor(s)

**Lorraine M. Greenberg**
Firm Name

**150 North Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**

Address

**Email: lgreenberg@greenberglaw.net**
**312-588-3330  Fax: 312-264-5620**
Telephone Number

**July 30, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jeffrey J Henderson**
**Jennifer E Henderson**
_____
Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jeffrey J Henderson**

**Jeffrey J Henderson**

Date:   **July 30, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jeffrey J Henderson**
**Jennifer E Henderson**
_____ Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Jennifer E Henderson**
                     **Jennifer E Henderson**

Date:  **July 30, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey J Henderson,**
     **Jennifer E Henderson**

Case No. _____

                                    , Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 6,150.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,053.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 6,565.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 148,136.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,288.32 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,621.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| | | Total Assets | 6,150.00 | | |
| | | Total Liabilities | | 159,754.94 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey J Henderson,**
**Jennifer E Henderson**

Case No. _____

_____,
Debtors

Chapter _____ **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 6,565.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 6,565.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 5,288.32 |
| Average Expenses (from Schedule J, Line 18) | 5,621.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,625.00 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 5,053.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 6,565.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 148,136.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 153,189.94 |

B6A (Official Form 6A) (12/07)

In re    **Jeffrey J Henderson,**                Case No. _____
        **Jennifer E Henderson**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Jeffrey J Henderson,**    Case No. _____
**Jennifer E Henderson**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **cash on hand** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at Fifth Third Bank** | J | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings; linens, dishes, pots & pans, housewares; tvs; washer, beds, tables, chairs, lamps, sofa, bicycles, couch, microwave, household tools, computer, desk,** | J | 3,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **books, pictures** | J | 300.00 |
| 6.  Wearing apparel. | | **necessary personal clothing; bible; textbooks; pictures** | J | 1,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    4,950.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jeffrey J Henderson,**                                    Case No. _____
       **Jennifer E Henderson**

_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Norwood Life Society Employees Retirement Plan** | **W** | **1,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **1,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
**Jennifer E Henderson**                                                    Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | dog | J | 200.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | domain name www.k2dealerassociation.com | J | 0.00 |

|  | Sub-Total > | **200.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **6,150.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **Jeffrey J Henderson,**
        **Jennifer E Henderson**                                      Case No. _____

_____,
                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **checking account at Fifth Third Bank** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings; linens, dishes, pots & pans, housewares; tvs; washer, beds, tables, chairs, lamps, sofa, bicycles, couch, microwave, household tools, computer, desk,** | **735 ILCS 5/12-1001(b)** | **3,500.00** | **3,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **books, pictures** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **necessary personal clothing; bible; textbooks; pictures** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Norwood Life Society Employees Retirement Plan** | **735 ILCS 5/12-1006** | **1,000.00** | **1,000.00** |
| **Animals** | | | |
| **dog** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |

| | | Total: | **6,150.00** | **6,150.00** |
|---|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Jeffrey J Henderson,**  
**Jennifer E Henderson**  
_____  
Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **98JG16983** <br><br>**Ohio Department of Revenue** <br>**PO Box 530** <br>**Columbus, OH 43216-0530** | | J | 12/98 <br><br>tax lien <br><br><br>Value $      0.00 | | | | 2,762.00 | 2,762.00 |
| Account No. **98JG16982** <br><br>**Ohio Department of Revenue** <br>**PO Box 530** <br>**Columbus, OH 43216-0530** | | J | 12/98 <br><br>tax lien <br><br><br>Value $      0.00 | | | | 2,291.00 | 2,291.00 |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal <br>(Total of this page) | 5,053.00 | 5,053.00 |
| | Total <br>(Report on Summary of Schedules) | 5,053.00 | 5,053.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

In re    **Jeffrey J Henderson,**                                                    Case No. _____
         **Jennifer E Henderson**

_____ ,
                                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Jeffrey J Henderson,**
       **Jennifer E Henderson**                                      Case No. _____
                                                    ,
                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | 2007 | | | | | | |
| **Internal Revenue Service Department of Treasury P.O. Box 21126 Philadelphia, PA 19114** | | J | | | | | | 2,565.00 | 0.00 | 2,565.00 |
| Account No. | | | | 2009 | | | | | | |
| **Internal Revenue Service Department of Treasury P.O. Box 21126 Philadelphia, PA 19114** | | J | | | | | | 4,000.00 | 0.00 | 4,000.00 |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service PO Box 77 Attn: Rebecca A Crum Memphis, TN 38101** | | | | **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | Subtotal (Total of this page) | 6,565.00 | 0.00 | 6,565.00 |
|---|---|---|---|---|---|
|  | | Total (Report on Summary of Schedules) | 6,565.00 | 0.00 | 6,565.00 |

B6F (Official Form 6F) (12/07)

In re  **Jeffrey J Henderson,**
    **Jennifer E Henderson**
                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. 296007342 **A,T & T** **PO Box 6428** **Carol Stream, IL 60197-6428** | | | J | | | | | | 473.21 |
| Account No. **At & T** **5020 Ash Grove Road** **Springfield, IL 62711-6329** | | | | | A,T & T | | | | **Notice Only** |
| Account No. **At, & T** **1801 Valley View Lane** **Dallas, TX 75234-8906** | | | | | A,T & T | | | | **Notice Only** |
| Account No. 270918920 **A,T & T Mobile** **PO Box 6428** **Carol Stream, IL 60197-6428** | | | J | | | | | | 754.79 |

   **32**   continuation sheets attached

Subtotal
(Total of this page)

**1,228.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
                     S/N:23745-100630   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J Henderson,**
        **Jennifer E Henderson**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **At & T** <br> **5020 Ash Grove Road** <br> **Springfield, IL 62711-6329** | | | | **A,T & T Mobile** | | | | **Notice Only** |
| Account No. <br><br> **Southwest Credit** <br> **5910 W Plano Parkway** <br> **Suite 100** <br> **Plano, TX 75093-4638** | | | | **A,T & T Mobile** | | | | **Notice Only** |
| Account No. 00185689 <br><br> **Advocate Illinois Masonic Medical** <br> **22393 Network Place** <br> **Chicago, IL 60673** | J | | | | | | | **5.00** |
| Account No. GVJ716    702911223 <br><br> **Alliance One** <br> **PO Box 510987** <br> **Livonia, MI 48151-6987** | J | | | | | | | **1,307.61** |
| Account No. 49397 <br><br> **Arizona Asthma & Allergy Institute** <br> **5605 W Eugie Ave** <br> **Suite 200** <br> **Glendale, AZ 85304-1338** | J | | | | | | | **586.12** |

Sheet no. __1___ of __32__ sheets attached to Schedule of        Subtotal                  **1,898.73**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
**Jennifer E Henderson**                                                        Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Arizona Asthma & Allergy Institute** **5605 W Eugie Ave** **Suite 200** **Glendale, AZ 85304-1338** | | | J | | | | | | **601.92** |
| Account No. **6164R-0023757843** | | | | | | | | | |
| **Transworld Systems** **PO Box 1864** **Santa Rosa, CA 95402** | | | | | **Arizona Asthma & Allergy Institute** | | | | **Notice Only** |
| Account No. **BIM940** | | | | | | | | | |
| **Arizona Asthma Allergy** **c/o NCO Financial Systems** **507 Prudential Road** **Horsham, PA 19044** | | | J | | | | | | **680.74** |
| Account No. **08002701793** | | | | | | | | | |
| **Arizona Dept. of Revenue- Income** **P.O. Box 29070** **Phoenix, AZ 85038-9070** | | | J | | | | | | **0.00** |
| Account No. **08002701793** | | | | | | | | | |
| **Arizona Dept of Revenue** **Collections Division** **1600 W Monroe Street,** **Phoenix, AZ 85007** | | | | | **Arizona Dept. of Revenue- Income** | | | | **Notice Only** |

Sheet no. __2__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,282.66**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
    **Jennifer E Henderson**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 231603287 <br><br> **Arizona Public Service** <br> **Po Box 53999** <br> **Phoenix, AZ 85072** | | J | Opened 8/01/99 Last Active 8/11/08 Agriculture | | | | 949.00 |
| Account No. 231603287/4V3VP9 <br><br> **Arizona Public Service** <br> **PO Box 15740** <br> **Wilmington, DE 19850** | | | **Arizona Public Service** | | | | Notice Only |
| Account No. 1092731 <br><br> **Banner Behavioral Health Hospital** <br> **PO Box 1649** <br> **Scottsdale, AZ 85252** | | J | | | | | 226.90 |
| Account No. 317628-9 <br><br> **Collection Service Bureau** <br> **2901 N 78th Street** <br> **Scottsdale, AZ 85251** | | | **Banner Behavioral Health Hospital** | | | | Notice Only |
| Account No. <br><br> **Collection Service Bureau** <br> **Dept 866** <br> **PO Box 4115** <br> **Concord, CA 94524** | | | **Banner Behavioral Health Hospital** | | | | Notice Only |

Sheet no. __3__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,175.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
    **Jennifer E Henderson**

                                                **Debtors**

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **26174045** <br><br> **Banner Healh** <br> **PO Box 18** <br> **Phoenix, AZ 85001** | | J | | | | | 428.50 |
| Account No. **4210860000287702** <br><br> **Bo Col Presc** <br> **8712 E Valley Rd Ste A** <br> **Prescott Valley, AZ 86314** | | J | Med1 Life Line Ambulance Service | | | | 306.00 |
| Account No. **HE0021** <br><br> **Brushin' on Belmont** <br> **2007 West Belmont Ave** <br> **Suite 1E** <br> **Chicago, IL 60618** | | J | | | | | 57.60 |
| Account No. **HE0021** <br><br> **Brushin' on Belmont** <br> **2007 West Belmont Ave** <br> **Suite 1E** <br> **Chicago, IL 60618** | | J | | | | | 16.80 |
| Account No. **70711286** <br><br> **Bureau Of Collection R** <br> **7575 Corporate Way** <br> **Eden Prairie, MN 55344** | | H | Opened  1/01/10 <br> CollectionAttorney At T Mobility | | | | 755.00 |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,563.90 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**                                                    Case No. _____
         **Jennifer E Henderson**
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **70782102**<br><br>**Bureau Of Collection R**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | | | J | | Opened 3/01/10<br>CollectionAttorney At T Mobility | | | | 381.00 |
| Account No. **4475452**<br><br>**Bureau Of Med Econcs**<br>**326 E Coronado Rd**<br>**Phoenix, AZ 85004** | | | J | | Opened 12/01/08<br>CollectionAttorney Scottsdale Emergency Assoc. Lt | | | | 387.00 |
| Account No. **4388-6470-8621-8551**<br><br>**Capital One N.A.**<br>**c/o Portfolio Recovery Associates L**<br>**Dept 922, PO box 4115**<br>**Concord, CA 94524** | | | J | | | | | | 3,062.53 |
| Account No. **5291-0723-1029-2780**<br><br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**Po Box 54529**<br>**Oklahoma City, OK 73154** | | | J | | Opened 7/01/01 Last Active 8/06/08<br>CreditCard | | | | 2,306.00 |
| Account No.<br><br>**Capital One Bank**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | | | Capital One, N.a. | | | | **Notice Only** |

| Sheet no. __5___ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 6,136.53 |
| --- | --- | --- |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J Henderson,**
         **Jennifer E Henderson**                                      Case No. _____

                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Capital One Bank** **PO Box 71083** **Charlotte, NC 28272** | | | Capital One, N.a. | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Capital One, N.a.** **Po Box 85520** **Richmond, VA 23285** | | | Capital One, N.a. | | | | **Notice Only** |
| Account No. 14136306 | | | | | | | |
| **Firstsource Advantage LLC** **205 Bryant Woods South** **Amherst, NY 14228** | | | Capital One, N.a. | | | | **Notice Only** |
| Account No. 4862-3671-4502-4420 | | | Opened 3/01/02 Last Active 7/04/08 CreditCard | | | | |
| **Capital One, N.a.** **C/O American Infosource** **Po Box 54529** **Oklahoma City, OK 73154** | | H | | | | | **1,631.00** |
| Account No. 19956993 | | | | | | | |
| **Associated Recovery Systems** **A Div of ARS National Services Inc** **PO Box 469046** **Escondido, CA 92044-9046** | | | Capital One, N.a. | | | | **Notice Only** |

Sheet no. __6__ of __32__ sheets attached to Schedule of          Subtotal          **1,631.00**
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**                                              Case No. _____
         **Jennifer E Henderson**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **19956993** <br><br> **Associated Recovery Systems** <br> **Dept #5996** <br> **PO Box 1259** <br> **Oaks, PA 19456** | | | Capital One, N.a. | | | | **Notice Only** |
| Account No. <br><br> **Capital One Bank** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | | Capital One, N.a. | | | | **Notice Only** |
| Account No. <br><br> **Capital One, N.a.** <br> **Po Box 85520** <br> **Richmond, VA 23285** | | | Capital One, N.a. | | | | **Notice Only** |
| Account No. <br><br> **Firstsource Advantage LLC** <br> **205 Bryant Woods South** <br> **Amherst, NY 14228** | | | Capital One, N.a. | | | | **Notice Only** |
| Account No. **4862-3623-2338-5891** <br><br> **Capital One, N.a.** <br> **C/O American Infosource** <br> **Po Box 54529** <br> **Oklahoma City, OK 73154** | | J | Opened  5/01/03  Last Active  7/30/08 <br> CreditCard | | | | **1,460.00** |

| | | |
|---|---|---|
| Sheet no. **7** of **32** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **1,460.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
　　　 **Jennifer E Henderson**                                                     Case No. _____

_____,
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Capital One Bank** **PO Box 30285** **Salt Lake City, UT 84130-0285** | | | | **Capital One, N.a.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Capital One, N.a.** **Po Box 85520** **Richmond, VA 23285** | | | | **Capital One, N.a.** | | | | **Notice Only** |
| Account No. **LXA291** | | | | | | | | |
| **NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | | **Capital One, N.a.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO Financial Systems, Inc.** **PO Box 15630** **Dept 61** **Wilmington, DE 19850-5630** | | | | **Capital One, N.a.** | | | | **Notice Only** |
| Account No. **E04920F05901** | | H | | **Opened 10/01/09** **CollectionAttorney Emergency Physician Mgmt Srvs** | | | | |
| **Cda/pontiac** **Attn: Bankruptcy** **Po Box 213** **Sreator, IL 61364** | | | | | | | | **470.00** |

Sheet no. __8__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **470.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
         **Jennifer E Henderson**                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Cda/pontiac**<br>**415 E Main St**<br>**Streator, IL 61364** | | | | **Cda/pontiac** | | | | **Notice Only** |
| Account No. **111000000792882078**<br><br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | J | | | | | | **74.39** |
| Account No.<br><br>**Capital Management Services, LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | | **Chase** | | | | **Notice Only** |
| Account No.<br><br>**PFG of Minnesota**<br>**7825 Washington Ave S**<br>**Suite 310**<br>**Minneapolis, MN 55439-2409** | | | | **Chase** | | | | **Notice Only** |
| Account No. **2078**<br><br>**Chase Bank**<br>**340 S Cleveland Bldg 370**<br>**Westerville, OH 43081** | | J | | | | | | **664.35** |

Sheet no. __9__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **738.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
       **Jennifer E Henderson**                                              Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5108307330** | | | | | | | | | |
| **City of Chicago** **c/o Corporate Counsel** **30 N. LaSalle Suite 800** **Chicago, IL 60602** | | | J | | | | | | 100.00 |
| Account No. | | | | | | | | | |
| **City of Chicago** **Dept of Revenue** **PO Box 88292** **Chicago, IL 60680-1292** | | | | | City of Chicago | | | | Notice Only |
| Account No. **00055489631** | | | | | | | | | |
| **City of Chicago** **c/o CTI Collection Services** **ONPROF50, PO box 1022** **Wixom, MI 48393-1022** | | | J | | | | | | 56.82 |
| Account No. **2001506203** | | | | | | | | | |
| **City of Scottsdale** **PO Box 1300** **Scottsdale, AZ 85252** | | | J | | | | | | 548.03 |
| Account No. | | | | | | | | | |
| **City of Scottsdale** **7447 E Indian School Road** **Suite 110** **Scottsdale, AZ 85252** | | | | | City of Scottsdale | | | | Notice Only |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      704.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
  **Jennifer E Henderson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **I100YAV0013078708**<br><br>**Collection Service Bur**<br>**Po Box 310**<br>**Scottsdale, AZ 85252** | | H | | | **Opened  1/01/09**<br>**CollectionAttorney Yavapai Reg-West Regular** | | | | 1,231.00 |
| Account No. **I100BAN0803176289**<br><br>**Collection Service Bur**<br>**Po Box 310**<br>**Scottsdale, AZ 85252** | | J | | | **Opened  5/01/09**<br>**CollectionAttorney Banner Behavioral Health Hosp** | | | | 428.00 |
| Account No. **I100BAN6403007385**<br><br>**Collection Service Bur**<br>**Po Box 310**<br>**Scottsdale, AZ 85252** | | J | | | **Opened 11/01/08**<br>**CollectionAttorney Banner Behavioral Health** | | | | 226.00 |
| Account No. **1555350419**<br><br>**Crd Prt Asso**<br>**Attn: Bankruptcy**<br>**Po Box 802068**<br>**Dallas, TX 75380** | | H | | | **Opened  9/01/09**<br>**CollectionAttorney Comcast** | | | | 260.00 |
| Account No. **01-030000-8798300018674526-00**<br><br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** | | | | | **Crd Prt Asso** | | | | **Notice Only** |

Sheet no. __11__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,145.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
         **Jennifer E Henderson**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Crd Prt Asso** **13355 Noel Rd Ste 2100** **Dallas, TX 75240** | | | Crd Prt Asso | | | | **Notice Only** |
| Account No. **433130** **Crowne One Network** **4800 W Fairview Ave Ste** **Boise, ID 83706** | | H | Opened  6/01/08  Last Active  8/04/08 CollectionAttorney Freedom Fitness | | | | **240.00** |
| Account No. **HENJE001** **David C Duncan MD** **801 Miller Valley Road** **Prescott, AZ 86301** | | J | | | | | **95.00** |
| Account No. **514731** **Scottsdale Collection Services LLC** **2501 W Dunlap Ave** **Suite 240** **Phoenix, AZ 85021-2726** | | | David C Duncan MD | | | | **Notice Only** |
| Account No. **130510** **Diagnostic Imaging Assoc** **PO Box 68** **Northbrook, IL 60065-0068** | | J | | | | | **369.35** |

Sheet no. __**12**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**704.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J Henderson,**                                           Case No. _____
        **Jennifer E Henderson**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F05901-E04920** <br><br> **Emergency Physicians Mgmt** <br> **c/o Creditors Discount & Audit Co** <br> **415 E Main St** <br> **Streator, IL 61364-0213** | | J | | | | | **469.79** |
| Account No. **00374981** <br><br> **Emergency Phys Mgmt Srvs LLC** <br> **PO Box 366** <br> **Hinsdale, IL 60522** | | | **Emergency Physicians Mgmt** | | | | **Notice Only** |
| Account No. **24784574** <br><br> **Enhanced Recovery Corp** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | | H | **Opened 11/01/09** <br> **CollectionAttorney Sprint** | | | | **565.00** |
| Account No. **7302857265996259** <br><br> **Exxmblciti** <br> **Attn.: Centralized  Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | J | **Opened  3/01/06  Last Active 10/14/08** <br> **CreditCard** | | | | **1,922.00** |
| Account No. <br><br> **Capital Management Services, Inc.** <br> **726 Exchange Street, Suite 700** <br> **Buffalo, NY 14210** | | | **Exxmblciti** | | | | **Notice Only** |

Sheet no. __**13**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,956.79**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
  **Jennifer E Henderson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Exxmblciti** **Po Box 6497** **Sioux Falls, SD 57117** | | | | **Exxmblciti** | | | | **Notice Only** |
| Account No. **7302857265996259** | | | | | | | | |
| **Exxon Mobil** **Credit Card Center** **PO Box 688940** **Des Moines, IA 50368-8940** | | | | **Exxmblciti** | | | | **Notice Only** |
| Account No. | | J | | | | | | |
| **Frank J Pieri, MD** **1048 West Oakdale** **Chicago, IL 60657** | | | | | | | | **30.00** |
| Account No. **15397537** | | H | | Opened 12/01/09 CollectionAttorney Peoples Gas | | | | |
| **Harris & Harris Ltd** **222 Merchandise Mart Plz** **Chicago, IL 60654** | | | | | | | | **240.00** |
| Account No. **5491-1000-0943-6745** | | J | | | | | | |
| **Household Bank Platinum Mastercard** **HSBC Card Services** **PO Box 80084** **Salinas, CA 93912-0084** | | | | | | | | **0.00** |

Sheet no.  __14__ of  __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**270.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
    **Jennifer E Henderson**
                                             ,
                                   Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Household Bank Platinum Mastercard** <br>**HSBC Card Services** <br>**PO Box 60102** <br>**City of Industry, CA 91716** | | | | **Household Bank Platinum Mastercard** | | | | **Notice Only** |
| Account No. **45500463197** <br><br>**HSBC** <br>**PO Box 5253** <br>**Carol Stream, IL 60197** | | J | | | | | | **2,292.81** |
| Account No. **30300943674** <br><br>**HSBC** <br>**PO Box 5253** <br>**Carol Stream, IL 60197** | | J | | | | | | **4,711.93** |
| Account No. **5155-9700-0463-1970** <br><br>**HSBC Bank Platinum** <br>**PO Box 5222** <br>**Carol Stream, IL 60197** | | J | | | | | | **2,615.53** |
| Account No. <br><br>**HSBC Card Services** <br>**PO Box 80084** <br>**Salinas, CA 93912-0084** | | | | **HSBC Bank Platinum** | | | | **Notice Only** |

Sheet no. __**15**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
               (Total of this page)
          **9,620.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J Henderson,**
        **Jennifer E Henderson**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5491-1000-0943-6745** | | | | | | | | | |
| **HSBC Card Services**<br>**PO Box 81622**<br>**Salinas, CA 93912-1622** | | | J | | | | | | 5,100.00 |
| Account No. **11697031** | | | | | Opened 11/01/09<br>CollectionAttorney Saint Joseph Hospital | | | | |
| **Illinois Collection Se**<br>**Po Box 1010**<br>**Tinley Park, IL 60487** | | H | | | | | | | 75.00 |
| Account No. | | | | | | | | | |
| **Illinois Collection Se**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | | | | **Illinois Collection Se** | | | | **Notice Only** |
| Account No. **11780683** | | | | | Opened 12/01/09<br>CollectionAttorney Resurrection Medical Center | | | | |
| **Illinois Collection Service**<br>**Po Box 1010**<br>**Tinley Park, IL 60487** | | | J | | | | | | 75.00 |
| Account No. | | | | | | | | | |
| **Illinois Collection Se**<br>**8231 185th St Ste 100**<br>**Tinley Park, IL 60487** | | | | | **Illinois Collection Service** | | | | **Notice Only** |

Sheet no. __**16**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,250.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
    **Jennifer E Henderson**
_____,
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 1990-2006 | | | | |
| **Internal Revenue Service Department of Treasury P.O. Box 21126 Philadelphia, PA 19114** | | J | | | | | 0.0 |
| Account No. **xxx-xx-7960** | | | | | | | |
| **Internal Revenue Service Fresno, CA 93888-0021** | | J | | | | | 2,565.00 |
| Account No. **CA02-268-630530-70 7** | | | | | | | |
| **Liberty Mutual 2501 Wilmington Road New Castle, PA 16105** | | J | | | | | 517.30 |
| Account No. | | | | | | | |
| **Credit Collection Services Two Wells Avenue Dept 9134 Newton Center, MA 02459** | | | Liberty Mutual | | | | Notice Only |
| Account No. **08-947** | | | | | | | |
| **Life Line Ambulance Service Inc. 915 Hinman Street Prescott, AZ 86305** | | J | | | | | 348.36 |

Sheet no. __17__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,430.66

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
       **Jennifer E Henderson**                                                    Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **08-859** | | | 1/14/2008 | | | | |
| **Life Line Ambulance Service Inc.** **915 Hinman Street** **Prescott, AZ 86305** | | J | | | | | **136.56** |
| Account No. **14751-1** | | | | | | | |
| **Lincoln Park Dentistry** **2266 N Lincoln Ave** **#1** **Chicago, IL 60614** | | J | | | | | **119.00** |
| Account No. **14751** | | | | | | | |
| **Lincoln Park Dentistry** **2266 N Lincoln Ave** **#1** **Chicago, IL 60614** | | J | | | | | **15.20** |
| Account No. **8530705251** | | | Opened  4/01/09 FactoringCompanyAccount Hsbc Bank Nevada N.A. | | | | |
| **Midland Credit Management** **Po Box 939019** **San Diego, CA 92193** | | H | | | | | **5,725.00** |
| Account No. | | | | | | | |
| **MCM** **Dept. 12421** **PO Box 603** **Oaks, PA 19456** | | | **Midland Credit Management** | | | | **Notice Only** |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,995.76**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
    **Jennifer E Henderson**
                                                      ,
                                     Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Midland Credit Management** <br> **8875 Aero Dr** <br> **San Diego, CA 92123** | | | | | **Midland Credit Management** | | | | **Notice Only** |
| Account No. 8530669171 <br><br> **Midland Credit Management** <br> **Po Box 939019** <br> **San Diego, CA 92193** | | H | | | **Opened  4/01/09** <br> **FactoringCompanyAccount Washington Mutual Bank** | | | | **3,140.00** |
| Account No. <br><br> **MCM** <br> **Dept. 12421** <br> **PO Box 603** <br> **Oaks, PA 19456** | | | | | **Midland Credit Management** | | | | **Notice Only** |
| Account No. <br><br> **Midland Credit Management** <br> **8875 Aero Dr** <br> **San Diego, CA 92123** | | | | | **Midland Credit Management** | | | | **Notice Only** |
| Account No. 8530690988 <br><br> **Midland Credit Management** <br> **Po Box 939019** <br> **San Diego, CA 92193** | | H | | | **Opened  4/01/09** <br> **FactoringCompanyAccount Hsbc Bank Nevada N.A.** | | | | **2,887.00** |

Sheet no. __19__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,027.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J Henderson,**
        **Jennifer E Henderson**                                      Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MCM** Dept. 12421 PO Box 603 Oaks, PA 19456 | | | Midland Credit Management | | | | Notice Only |
| Account No. **Midland Credit Management** 8875 Aero Dr San Diego, CA 92123 | | | Midland Credit Management | | | | Notice Only |
| Account No. **21688172** Nco Fin/09 507 Prudential Rd Horsham, PA 19044 | | H | Opened  1/01/10 CollectionAttorney Arizona Public Service | | | | 949.00 |
| Account No. **QVR580** NCO PO Box 4906 Dept 09 Trenton, NJ 08650 | | | Nco Fin/09 | | | | Notice Only |
| Account No. **00000025005796169** Nissn Inf Lt Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063-2438 | | J | Opened  6/01/06  Last Active 10/31/09 Lease - 2007 Nissan Murano | | | | 31,528.00 |

Sheet no. __**20**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **32,477.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
    **Jennifer E Henderson**
                               ,                               Case No. _____

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **PU9373**<br><br>**NCO Financial**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | Nissn Inf Lt | | | | **Notice Only** |
| Account No.<br><br>**Nissn Inf Lt**<br>**Pob 660366**<br>**Dallas, TX 75266** | | | | Nissn Inf Lt | | | | **Notice Only** |
| Account No. **87254313-11**<br><br>**Wm W Siegel & Assoc**<br>**PO Box 9006**<br>**Smithtown, NY 11787-9006** | | | | Nissn Inf Lt | | | | **Notice Only** |
| Account No. **510279**<br><br>**Northside Family Medicine**<br>**6974 N Clark Street**<br>**Chicago, IL 60626** | | J | | | | | | **20.00** |
| Account No. **9500058082480**<br><br>**Peoples Energy**<br>**Special Projects**<br>**130 East Randolph Drive 14th Floor**<br>**Chicago, IL 60601** | | J | | Opened  8/01/09  Last Active  6/08/10<br>Agriculture | | | | **1,302.00** |

Sheet no. __21__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
      (Total of this page)      **1,322.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J Henderson,**
   **Jennifer E Henderson**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Peoples Gas** <br> **130 E Randolph** <br> **Chicago, IL 60601** | | | **Peoples Energy** | | | | **Notice Only** |
| Account No. **9500051984085** <br><br> **Peoples Gas** <br> **130 E. Randolph, 14th Floor** <br> **Bankruptcy Dept** <br> **Chicago, IL 60601-6207** | | J | | | | | **240.00** |
| Account No. **4388647086218551** <br><br> **Portfolio Rc** <br> **Attn: Bankruptcy** <br> **Po Box 41067** <br> **Norfolk, VA 23541** | | J | **Opened 4/01/09** <br> **FactoringCompanyAccount Capital One National Associati** | | | | **3,356.00** |
| Account No. <br><br> **Portfolio Rc** <br> **120 Corporate Blvd Ste 1** <br> **Norfolk, VA 23502** | | | **Portfolio Rc** | | | | **Notice Only** |
| Account No. **B1008100052** <br><br> **Resurrection Health Care** <br> **St. Joseph Hospital** <br> **2900 N Lake Shore Drive** <br> **Chicago, IL 60657-6274** | | J | | | | | **0.0** |

Sheet no. __22__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **3,596.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
    **Jennifer E Henderson**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **B0913300197** | | J | 5/13/09 | | | | |
| **Resurrection Health Care St. Joseph Hospital 2900 N Lake Shore Drive Chicago, IL 60657-6274** | | | | | | | 75.00 |
| Account No. **C0920900318** | | J | | | | | |
| **Resurrection Medical Center 7435 W. Talcott Ave. Chicago, IL 60631-3746** | | | | | | | 75.00 |
| Account No. **510406** | | J | | | | | |
| **Resurrection Services Northside Fam Med #97640 6974 N Clark, Suite 1 Chicago, IL 60626** | | | | | | | 20.00 |
| Account No. **510406** | | J | | | | | |
| **Resurrection Services Northside Fam Med #97640 6974 N Clark, Suite 1 Chicago, IL 60626** | | | | | | | 20.00 |
| Account No. **744041153** | | H | Opened 10/01/06  Last Active  1/31/10 Automobile - repossessed | | | | |
| **Sb1 Federal Credit Uni 200 N 16th St Ste 200 Philadelphia, PA 19102** | | | | | | | 16,157.00 |

Sheet no. __23__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,347.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
    **Jennifer E Henderson**
                                         ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **744041** <br><br> **SB1 Credit Union** <br> **PO Box 7480** <br> **Philadelphia, PA 19101** | | | **Sb1 Federal Credit Uni** | | | | **Notice Only** |
| Account No. **744041154** <br><br> **Sb1 Federal Credit Uni** <br> **200 N 16th St Ste 200** <br> **Philadelphia, PA 19102** | | H | **Opened 12/01/07  Last Active  2/28/09** <br> **Unsecured** | | | | **9,428.00** |
| Account No. <br><br> **SB1 Credit Union** <br> **PO Box 7480** <br> **Philadelphia, PA 19101** | | | **Sb1 Federal Credit Uni** | | | | **Notice Only** |
| Account No. **744041148** <br><br> **Sb1 Federal Credit Uni** <br> **200 N 16th St Ste 200** <br> **Philadelphia, PA 19102** | | H | **Opened 12/01/07  Last Active  2/28/09** <br> **CreditCard** | | | | **3,116.00** |
| Account No. <br><br> **Sb1 Federal Credit Uni** <br> **PO Box 7480** <br> **Philadelphia, PA 19101** | | | **Sb1 Federal Credit Uni** | | | | **Notice Only** |

Sheet no. __24__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,544.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
    **Jennifer E Henderson**
                                                 ,
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **49343** <br><br> **Sterling Credit Corp** <br> **PO Box 675** <br> **Spring House, PA 19477** | | | **Sb1 Federal Credit Uni** | | | | **Notice Only** |
| Account No. **051003905649** <br><br> **Scottsdale City Court** <br> **c/o LDC Collection Systems** <br> **PO Box 52030** <br> **Phoenix, AZ 85072-2030** | | J | | | | | **262.99** |
| Account No. **0739*0048827603** <br><br> **Scottsdale Emergency Associates Ltd** <br> **PO Box 48305** <br> **Jacksonville, FL 32247-8305** | | J | | | | | **387.00** |
| Account No. **B0808800005** <br><br> **Scottsdale Healthcare** <br> **PO Box 1270** <br> **Scottsdale, AZ 85252-1270** | | J | | | | | **231.34** |
| Account No. **744041-153** <br><br> **Securian Casualty Co** <br> **400 Robert St North** <br> **St Paul, MN 55101** | | J | | | | | **3,812.00** |

Sheet no. __25__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,693.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J Henderson,**
   **Jennifer E Henderson**
                                                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **271401** <br><br> **Sierra Orthodontic Services, Ltd** <br> **Gary P Brigham DDS, MSD** <br> **9301 E Shea Blvd, Suite 111** <br> **Scottsdale, AZ 85260-6735** | | J | | | | | **460.00** |
| Account No. **1938** <br><br> **Southwest Skin & Cancer Institute** <br> **242 Whipple St** <br> **Prescott, AZ 86301-1787** | | J | | | | | **30.00** |
| Account No. **978764093** <br><br> **Sprint** <br> **c/o NCO Financial Services** <br> **PO Box 15630, Dept 99** <br> **Wilmington, DE 19850** | | J | | | | | **604.98** |
| Account No. **978964093** <br><br> **Sprint** <br> **c/o West Asset Management** <br> **3432 Jefferson Ave** <br> **Texarkana, AR 71854-2747** | | | Sprint | | | | **Notice Only** |
| Account No. <br><br> **Terry Hefter Associates LLC** <br> **1731 N Marcey** <br> **Suite 535** <br> **Chicago, IL 60614-4947** | | J | | | | | **20.00** |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,114.98**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
   **Jennifer E Henderson**
                                                    ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **114719** <br><br> **Keynote Consulting, Inc.** <br> **220 W Campus Drive** <br> **Suite 102** <br> **Arlington Heights, IL 60004** | | | **Terry Hefter Associates LLC** | | | | **Notice Only** |
| Account No. <br><br> **The Healing Bridge/Laura Schulz, MA** <br> **3111 Clearwater Drive** <br> **Suite C** <br> **Prescott, AZ 86305** | | J | | | | | **1,065.00** |
| Account No. 2529186 <br><br> **Torres Credit Srv** <br> **27 Fairview St** <br> **PO Box 189** <br> **Carlisle, PA 17015-3121** | | H | Opened 11/01/09 <br> CollectionAttorney Commonwealth Edison Co | | | | **369.00** |
| Account No. 9004366557 <br><br> **Tridentasset.com** <br> **5755 Northpoint Pkwy Ste** <br> **Alpharetta, GA 30022** | | H | Opened  5/01/08 <br> ReturnedCheck Venetian Resort  Casino The | | | | **225.00** |
| Account No. 720360670 <br><br> **US Cellular** <br> **PO Box 7835** <br> **Madison, WI 53707-7835** | | J | | | | | **103.04** |

Sheet no. __**27**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,762.04**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**                                            Case No. _____
          **Jennifer E Henderson**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7710740101<br><br>**Vantage West Credit Un**<br>**Po Box 15115**<br>**Tucson, AZ 85708** | | J | **Opened  6/01/08  Last Active  6/10/09**<br>**2006 Chevrolet Trailblazer - repossessed** | | | | 13,076.00 |
| Account No. 87013827600002<br><br>**Verizon**<br>**c/c AFNI Inc**<br>**1310 Martin Luther King Drive**<br>**Bloomington, IL 61702** | | H | **Opened 12/01/04  Last Active  3/07/09** | | | | 797.00 |
| Account No. 42839512<br><br>**Bureau of Collection Recovery**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | | | Verizon | | | | Notice Only |
| Account No.<br><br>**Bureau of Collection Recovery, Inc.**<br>**Dept 1456**<br>**PO Box 1259**<br>**Oaks, PA 19456** | | | Verizon | | | | Notice Only |
| Account No.<br><br>**Verizon**<br>**Po Box 26055**<br>**Minneapolis, MN 55426** | | | Verizon | | | | Notice Only |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,873.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jeffrey J Henderson,**
         **Jennifer E Henderson**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 087013827600002 **Verizon PO box 9622 Mission Hills, CA 91346** | | | | | Verizon | | | | **Notice Only** |
| Account No. **Verizon Wireless 26935 Northwestern Hwy Suite 100 Southfield, MI 48033** | | | | | Verizon | | | | **Notice Only** |
| Account No. 87013827600001 **Verizon c/c AFNI Inc 1310 Martin Luther King Drive Bloomington, IL 61702** | | H | | | Opened 4/01/04 Last Active 3/07/09 | | | | **645.00** |
| Account No. 969639 **Miracle Financial Inc PO Box 505 Linden, MI 48451-0505** | | | | | Verizon | | | | **Notice Only** |
| Account No. OZL068 **NCO Financial Systems Inc 507 Prudential Road Horsham, PA 19044** | | | | | Verizon | | | | **Notice Only** |

Sheet no. __29__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **645.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jeffrey J Henderson,**
       **Jennifer E Henderson**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NCO Financial Systems Inc** <br> **PO Box 15630** <br> **Dept 15** <br> **Wilmington, DE 19850** | | | **Verizon** | | | | **Notice Only** |
| Account No. <br><br> **Verizon** <br> **Po Box 26055** <br> **Minneapolis, MN 55426** | | | **Verizon** | | | | **Notice Only** |
| Account No. **870138276-00001** <br><br> **Verizon** <br> **PO box 9622** <br> **Mission Hills, CA 91346** | | J | | | | | **0.00** |
| Account No. **4559-5450-0014-5491** <br><br> **WAMU** <br> **PO Box 99604** <br> **Dallas, TX 76096-9604** | | J | | | | | **2,990.33** |
| Account No. <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | | **WAMU** | | | | **Notice Only** |

Sheet no. __30__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,990.33**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
    **Jennifer E Henderson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **AZNOR0035901491** | | | | | | | | | |
| **Wells Fargo Po Box 3446 Portland, OR 97208-3446** | | | J | | | | | | 64.00 |
| Account No. **00000372676734** | | | | | | | | | |
| **Wells Fargo Bank P.O. Box 5058 Sioux Falls, SD 57117-5058** | | | J | | | | | | 710.21 |
| Account No. **11177036** | | | | | | | | | |
| **ACA International 10780 Santa Monica Blvd Suite 140 Los Angeles, CA 90025-7613** | | | | | Wells Fargo Bank | | | | Notice Only |
| Account No. **09004229328** | | | | | | | | | |
| **Credit Collection Services Two Wells Avenue Dept 773 Newton Center, MA 02459** | | | | | Wells Fargo Bank | | | | Notice Only |
| Account No. | | | | | | | | | |
| **Wells Fargo Bank PO Box 5058 MAC: P6053-021 Portland, OR 97208-5058** | | | | | Wells Fargo Bank | | | | Notice Only |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

774.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jeffrey J Henderson,**
         **Jennifer E Henderson**                                        Case No. _____

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Yavapai Regional Medical Center**<br>**Attn: Business Office**<br>**PO Box 53565**<br>**Phoenix, AZ 85072** | | J | | | | | **0.00** |
| Account No. **1928480**<br><br>**Yavapai Regional Medical Center**<br>**Attn: Business Office**<br>**PO Box 53565**<br>**Phoenix, AZ 85072** | | J | | | | | **76.00** |
| Account No. **307870-8**<br><br>**Yavapai Regional West Reg**<br>**c/o Collection Service Bureau**<br>**2901 N 78th St**<br>**Scottsdale, AZ 85251** | | J | | | | | **1,231.91** |
| Account No.<br><br><br><br> | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __32__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **1,307.91** |
| | Total<br>(Report on Summary of Schedules) | **148,136.94** |

B6G (Official Form 6G) (12/07)

In re   **Jeffrey J Henderson,**                                              Case No. _____
        **Jennifer E Henderson**
_____,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chris Brown**<br>**125 N Clinton**<br>**Elmhurst, IL 60126** | **debtor elects to assume terms of residential lease**<br>**- month to month** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Jeffrey J Henderson,**                                                              Case No. _____
         **Jennifer E Henderson**
_____,
                          Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Jeffrey J Henderson**
**Jennifer E Henderson**                                      Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**17**<br>**18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **human resources manager** |
| Name of Employer | **uenmployed** | **Lakeview Nursing and Rehabilitation** |
| How long employed | | **since May 2010** |
| Address of Employer | | **735 West Diversey Parkway**<br>**Chicago, IL 60614** |

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **3,541.68** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **3,541.68** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **590.53** |
| b. Insurance | $ | **0.00** | $ | **75.83** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **666.36** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **2,875.32** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): **unemployment compensation** | $ | **2,413.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,413.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,413.00** | $ | **2,875.32** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **5,288.32** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Jeffrey J Henderson**
       **Jennifer E Henderson**                                    Case No. _____
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,000.00 |
| a. Are real estate taxes included?         Yes ___         No  **X** | | |
| b. Is property insurance included?          Yes ___         No  **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 100.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 225.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 46.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 200.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 800.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,621.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   **car payment;  third child moving back home in September**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 5,288.32 |
| b. | Average monthly expenses from Line 18 above | $ | 5,621.00 |
| c. | Monthly net income (a. minus b.) | $ | -332.68 |

B6J (Official Form 6J) (12/07)

In re    **Jeffrey J Henderson**
       **Jennifer E Henderson**            Case No. _____

                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cell phone | $ | 125.00 |
| cable tv; internet | $ | 100.00 |
| **Total Other Utility Expenditures** | $ | **225.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| grooming, newspapers, postage, bank fees | $ | 100.00 |
| pet care | $ | 100.00 |
| educational expenses | $ | 100.00 |
| cigarettes | $ | 500.00 |
| **Total Other Expenditures** | $ | **800.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jeffrey J Henderson**
**Jennifer E Henderson**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**48**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 30, 2010**_____    Signature   **/s/ Jeffrey J Henderson**_____
                                                        **Jeffrey J Henderson**
                                                        Debtor

Date  **July 30, 2010**_____    Signature   **/s/ Jennifer E Henderson**_____
                                                        **Jennifer E Henderson**
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jeffrey J Henderson
Jennifer E Henderson

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $89,753.00 | **2009: Joint Dbt** |
| $85,982.00 | **2008: Joint Dbt** |
| $6,700.07 | **2010: husband:** |
| $15,681.23 | **2010: wife** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$12,788.00** | **2010:  husband - unemployment compensation** |
| **$1,450.00** | **2009 - husband** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
| --- | --- | --- |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nissn Inf Lt**<br>**Attn: Bankruptcy**<br>**8900 Freeport Parkway**<br>**Irving, TX 75063-2438** | **4/08** | **Lease - 2007 Nissan Murano** |
| **Sb1 Federal Credit Uni**<br>**200 N 16th St Ste 200**<br>**Philadelphia, PA 19102** | **7/2010** | **Automobile - repossessed - 2003 BMW** |
| **Vantage West Credit Un**<br>**Po Box 15115**<br>**Tucson, AZ 85708** | **7/12/2010** | **2006 Chevrolet Trailblazer - repossessed** |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lorraine M. Greenberg**<br>**150 North Michigan Avenue**<br>**Suite 800**<br>**Chicago, IL 60601** | **7/2010** | **$299 for court costs;  $1,701 for attorneys fees** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| **1625 N Halsted**<br>**Chicago, Il** | | **8/2009 - 8/2008** |
| **8130 E Aster Drive**<br>**Scottsdale, AZ** | | **2008 - 2005** |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|-----------------------|-------------------------------------------|-------------------|----------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|-----------------------|-------------------------------------------|-------------------|----------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|-------------------------------------------|---------------|------------------------|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**July 30, 2010**_____    Signature  **/s/ Jeffrey J Henderson**_____

**Jeffrey J Henderson**
Debtor

Date  __**July 30, 2010**_____    Signature  **/s/ Jennifer E Henderson**_____

**Jennifer E Henderson**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jeffrey J Henderson**
**Jennifer E Henderson**
_____
Debtor(s)

Case No. _____
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **July 30, 2010**
_____

Signature  **/s/ Jeffrey J Henderson**
_____
**Jeffrey J Henderson**
Debtor

Date  **July 30, 2010**
_____

Signature  **/s/ Jennifer E Henderson**
_____
**Jennifer E Henderson**
Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jeffrey J Henderson**
**Jennifer E Henderson**

Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,701.00** |
| Prior to the filing of this statement I have received | $ | **1,701.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**preparing documents for filing bankruptcy petition and schedules; ordering tax transcripts, credit reports when necessary, background check, possibly verification of assets, and possibly verification of valuations of assets, review of income to determine CMI and DMI, reviewing documents with client, attending meeting of creditors, advising client regarding reaffirmation agreements, redemption, notifying creditors of bankruptcy filing; motions to avoid liens in personal property**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**representation in any adversary proceeding unless specifically contracted for and additional fees are paid; and unless otherwise provided for in the Court's Model Retention Agreement mandated to be used in Chapter 13 cases, the following professional legal services are not included unless specifically contracted for and additional fees are paid:  1) the preparation of and presentation of motion for redemption;  2) and the preparation of and presentation of motions to avoid judicial lien; 2)  and the preparation of and presentation of motions to avoid lien in personal property.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 30, 2010**

**/s/ Lorraine M. Greenberg   ARDC No.:**
**Lorraine M. Greenberg   ARDC No.: 3129023**
**Lorraine M. Greenberg**
**150 North Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**
**312-588-3330  Fax: 312-264-5620**
**lgreenberg@greenberglaw.net**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jeffrey J Henderson**
**Jennifer E Henderson**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jeffrey J Henderson**
**Jennifer E Henderson**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ Jeffrey J Henderson**          **July 30, 2010**
_____
Signature of Debtor                  Date

X  **/s/ Jennifer E Henderson**          **July 30, 2010**
_____
Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey J Henderson**
**Jennifer E Henderson**                                          Case No.
_____                           Chapter    **7**
                              Debtor(s)


# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                              **167**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    **July 30, 2010**                    **/s/ Jeffrey J Henderson**
                                              **Jeffrey J Henderson**
                                              Signature of Debtor

Date:    **July 30, 2010**                    **/s/ Jennifer E Henderson**
                                              **Jennifer E Henderson**
                                              Signature of Debtor

A,T & T
PO Box 6428
Carol Stream, IL 60197-6428


A,T & T Mobile
PO Box 6428
Carol Stream, IL 60197-6428


ACA International
10780 Santa Monica Blvd
Suite 140
Los Angeles, CA 90025-7613


Advocate Illinois Masonic Medical
22393 Network Place
Chicago, IL 60673


Alliance One
PO Box 510987
Livonia, MI 48151-6987


Arizona Asthma & Allergy Institute
5605 W Eugie Ave
Suite 200
Glendale, AZ 85304-1338


Arizona Asthma & Allergy Institute
5605 W Eugie Ave
Suite 200
Glendale, AZ 85304-1338


Arizona Asthma Allergy
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Arizona Dept of Revenue
Collections Division
1600 W Monroe Street,
Phoenix, AZ 85007


Arizona Dept. of Revenue- Income
P.O. Box 29070
Phoenix, AZ 85038-9070

```
Arizona Public Service
Po Box 53999
Phoenix, AZ 85072


Arizona Public Service
PO Box 15740
Wilmington, DE 19850


Associated Recovery Systems
A Div of ARS National Services Inc
PO Box 469046
Escondido, CA 92044-9046


Associated Recovery Systems
Dept #5996
PO Box 1259
Oaks, PA 19456


At & T
5020 Ash Grove Road
Springfield, IL 62711-6329


At & T
5020 Ash Grove Road
Springfield, IL 62711-6329


At, & T
1801 Valley View Lane
Dallas, TX 75234-8906


Banner Behavioral Health Hospital
PO Box 1649
Scottsdale, AZ 85252


Banner Healh
PO Box 18
Phoenix, AZ 85001


Bo Col Presc
8712 E Valley Rd Ste A
Prescott Valley, AZ 86314
```

Brushin' on Belmont
2007 West Belmont Ave
Suite 1E
Chicago, IL 60618


Brushin' on Belmont
2007 West Belmont Ave
Suite 1E
Chicago, IL 60618


Bureau Of Collection R
7575 Corporate Way
Eden Prairie, MN 55344


Bureau Of Collection R
7575 Corporate Way
Eden Prairie, MN 55344


Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344


Bureau of Collection Recovery, Inc.
Dept 1456
PO Box 1259
Oaks, PA 19456


Bureau Of Med Econcs
326 E Coronado Rd
Phoenix, AZ 85004


Capital Management Services, Inc.
726 Exchange Street, Suite 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

```
Capital One Bank
PO Box 71083
Charlotte, NC 28272


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One N.A.
c/o Portfolio Recovery Associates L
Dept 922, PO box 4115
Concord, CA 94524


Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154


Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154


Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154


Capital One, N.a.
Po Box 85520
Richmond, VA 23285


Capital One, N.a.
Po Box 85520
Richmond, VA 23285


Capital One, N.a.
Po Box 85520
Richmond, VA 23285
```

Cda/pontiac
Attn: Bankruptcy
Po Box 213
Sreator, IL 61364


Cda/pontiac
415 E Main St
Streator, IL 61364


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase Bank
340 S Cleveland Bldg 370
Westerville, OH 43081


City of Chicago
c/o Corporate Counsel
30 N. LaSalle Suite 800
Chicago, IL 60602


City of Chicago
c/o CTI Collection Services
ONPROF50, PO box 1022
Wixom, MI 48393-1022


City of Chicago
Dept of Revenue
PO Box 88292
Chicago, IL 60680-1292


City of Scottsdale
PO Box 1300
Scottsdale, AZ 85252


City of Scottsdale
7447 E Indian School Road
Suite 110
Scottsdale, AZ 85252

```
Collection Service Bur
Po Box 310
Scottsdale, AZ 85252


Collection Service Bur
Po Box 310
Scottsdale, AZ 85252


Collection Service Bur
Po Box 310
Scottsdale, AZ 85252


Collection Service Bureau
2901 N 78th Street
Scottsdale, AZ 85251


Collection Service Bureau
Dept 866
PO Box 4115
Concord, CA 94524


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Crd Prt Asso
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380


Crd Prt Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240


Credit Collection Services
Two Wells Avenue Dept 9134
Newton Center, MA 02459


Credit Collection Services
Two Wells Avenue Dept 773
Newton Center, MA 02459


Crowne One Network
4800 W Fairview Ave Ste
Boise, ID 83706
```

David C Duncan MD
801 Miller Valley Road
Prescott, AZ 86301


Diagnostic Imaging Assoc
PO Box 68
Northbrook, IL 60065-0068


Emergency Phys Mgmt Srvs LLC
PO Box 366
Hinsdale, IL 60522


Emergency Physicians Mgmt
c/o Creditors Discount & Audit Co
415 E Main St
Streator, IL 61364-0213


Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Exxmblciti
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Exxmblciti
Po Box 6497
Sioux Falls, SD 57117


Exxon Mobil
Credit Card Center
PO Box 688940
Des Moines, IA 50368-8940


Firstsource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228


Firstsource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228

Frank J Pieri, MD
1048 West Oakdale
Chicago, IL 60657


Harris & Harris Ltd
222 Merchandise Mart Plz
Chicago, IL 60654


Household Bank Platinum Mastercard
HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084


Household Bank Platinum Mastercard
HSBC Card Services
PO Box 60102
City of Industry, CA 91716


HSBC
PO Box 5253
Carol Stream, IL 60197


HSBC
PO Box 5253
Carol Stream, IL 60197


HSBC Bank Platinum
PO Box 5222
Carol Stream, IL 60197


HSBC Card Services
PO Box 81622
Salinas, CA 93912-1622


HSBC Card Services
PO Box 80084
Salinas, CA 93912-0084


Illinois Collection Se
Po Box 1010
Tinley Park, IL 60487


Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL 60487

Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL 60487


Illinois Collection Service
Po Box 1010
Tinley Park, IL 60487


Internal Revenue Service
Department of Treasury
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Department of Treasury
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Department of Treasury
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Fresno, CA 93888-0021


Internal Revenue Service
PO Box 77
Attn:  Rebecca A Crum
Memphis, TN 38101


Keynote Consulting, Inc.
220 W Campus Drive
Suite 102
Arlington Heights, IL 60004


Liberty Mutual
2501 Wilmington Road
New Castle, PA 16105


Life Line Ambulance Service Inc.
915 Hinman Street
Prescott, AZ 86305

Life Line Ambulance Service Inc.
915 Hinman Street
Prescott, AZ 86305


Lincoln Park Dentistry
2266 N Lincoln Ave
#1
Chicago, IL 60614


Lincoln Park Dentistry
2266 N Lincoln Ave
#1
Chicago, IL 60614


MCM
Dept. 12421
PO Box 603
Oaks, PA 19456


MCM
Dept. 12421
PO Box 603
Oaks, PA 19456


MCM
Dept. 12421
PO Box 603
Oaks, PA 19456


Midland Credit Management
Po Box 939019
San Diego, CA 92193


Midland Credit Management
Po Box 939019
San Diego, CA 92193


Midland Credit Management
Po Box 939019
San Diego, CA 92193


Midland Credit Management
8875 Aero Dr
San Diego, CA 92123

Midland Credit Management
8875 Aero Dr
San Diego, CA 92123


Midland Credit Management
8875 Aero Dr
San Diego, CA 92123


Miracle Financial Inc
PO Box 505
Linden, MI 48451-0505


NCO
PO Box 4906
Dept 09
Trenton, NJ 08650


Nco Fin/09
507 Prudential Rd
Horsham, PA 19044


NCO Financial
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems Inc
PO Box 15630
Dept 15
Wilmington, DE 19850


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
PO Box 15630
Dept 61
Wilmington, DE 19850-5630

Nissn Inf Lt
Attn: Bankruptcy
8900 Freeport Parkway
Irving, TX 75063-2438


Nissn Inf Lt
Pob 660366
Dallas, TX 75266


Northside Family Medicine
6974 N Clark Street
Chicago, IL 60626


Ohio Department of Revenue
PO Box 530
Columbus, OH 43216-0530


Ohio Department of Revenue
PO Box 530
Columbus, OH 43216-0530


Peoples Energy
Special Projects
130 East Randolph Drive 14th Floor
Chicago, IL 60601


Peoples Gas
130 E. Randolph, 14th Floor
Bankruptcy Dept
Chicago, IL 60601-6207


Peoples Gas
130 E Randolph
Chicago, IL 60601


PFG of Minnesota
7825 Washington Ave S
Suite 310
Minneapolis, MN 55439-2409


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA 23502


Resurrection Health Care
St. Joseph Hospital
2900 N Lake Shore Drive
Chicago, IL 60657-6274


Resurrection Health Care
St. Joseph Hospital
2900 N Lake Shore Drive
Chicago, IL 60657-6274


Resurrection Medical Center
7435 W. Talcott Ave.
Chicago, IL 60631-3746


Resurrection Services
Northside Fam Med #97640
6974 N Clark, Suite 1
Chicago, IL 60626


Resurrection Services
Northside Fam Med #97640
6974 N Clark, Suite 1
Chicago, IL 60626


SB1 Credit Union
PO Box 7480
Philadelphia, PA 19101


SB1 Credit Union
PO Box 7480
Philadelphia, PA 19101


Sb1 Federal Credit Uni
200 N 16th St Ste 200
Philadelphia, PA 19102


Sb1 Federal Credit Uni
200 N 16th St Ste 200
Philadelphia, PA 19102

Sb1 Federal Credit Uni
200 N 16th St Ste 200
Philadelphia, PA 19102


Sb1 Federal Credit Uni
PO Box 7480
Philadelphia, PA 19101


Scottsdale City Court
c/o LDC Collection Systems
PO Box 52030
Phoenix, AZ 85072-2030


Scottsdale Collection Services LLC
2501 W Dunlap Ave
Suite 240
Phoenix, AZ 85021-2726


Scottsdale Emergency Associates Ltd
PO Box 48305
Jacksonville, FL 32247-8305


Scottsdale Healthcare
PO Box 1270
Scottsdale, AZ 85252-1270


Securian Casualty Co
400 Robert St North
St Paul, MN 55101


Sierra Orthodontic Services, Ltd
Gary P Brigham DDS, MSD
9301 E Shea Blvd, Suite 111
Scottsdale, AZ 85260-6735


Southwest Credit
5910 W Plano Parkway
Suite 100
Plano, TX 75093-4638


Southwest Skin & Cancer Institute
242 Whipple St
Prescott, AZ 86301-1787

Sprint
c/o NCO Financial Services
PO Box 15630, Dept 99
Wilmington, DE 19850


Sprint
c/o West Asset Management
3432 Jefferson Ave
Texarkana, AR 71854-2747


Sterling Credit Corp
PO Box 675
Spring House, PA 19477


Terry Hefter Associates LLC
1731 N Marcey
Suite 535
Chicago, IL 60614-4947


The Healing Bridge/Laura Schulz, MA
3111 Clearwater Drive
Suite C
Prescott, AZ 86305


Torres Credit Srv
27 Fairview St
PO Box 189
Carlisle, PA 17015-3121


Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Tridentasset.com
5755 Northpoint Pkwy Ste
Alpharetta, GA 30022


US Cellular
PO Box 7835
Madison, WI 53707-7835


Vantage West Credit Un
Po Box 15115
Tucson, AZ 85708

Verizon
c/c AFNI Inc
1310 Martin Luther King Drive
Bloomington, IL 61702


Verizon
c/c AFNI Inc
1310 Martin Luther King Drive
Bloomington, IL 61702


Verizon
PO box 9622
Mission Hills, CA 91346


Verizon
Po Box 26055
Minneapolis, MN 55426


Verizon
PO box 9622
Mission Hills, CA 91346


Verizon
Po Box 26055
Minneapolis, MN 55426


Verizon Wireless
26935 Northwestern Hwy
Suite 100
Southfield, MI 48033


WAMU
PO Box 99604
Dallas, TX 76096-9604


Wells Fargo
Po Box 3446
Portland, OR 97208-3446


Wells Fargo Bank
P.O. Box 5058
Sioux Falls, SD 57117-5058

Wells Fargo Bank
PO Box 5058
MAC: P6053-021
Portland, OR 97208-5058


Wm W Siegel & Assoc
PO Box 9006
Smithtown, NY 11787-9006

Yavapai Regional Medical Center
Attn: Business Office
PO Box 53565
Phoenix, AZ 85072


Yavapai Regional Medical Center
Attn: Business Office
PO Box 53565
Phoenix, AZ 85072


Yavapai Regional West Reg
c/o Collection Service Bureau
2901 N 78th St
Scottsdale, AZ 85251